IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS; HEALTH & WELFARE FUND; APPRENTICESHIP & TRAINING FUND; VACATION & HOLIDAY FUND; MARKET RECOVERY PROGRAM; FINANCIAL SECURITY FUND; DRYWALL TRAINING FUND; 401-K FUND,<br><br>      Plaintiffs,<br><br>  vs.<br><br>KAYAR CONSTRUCTION, LLC; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100,<br><br>      Defendants. | CIVIL NO. 14-00220 HG-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 16), AS MODIFIED

Findings and Recommendation having been filed and served on all parties on August 28, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to

Grant Plaintiffs' Motion for Default Judgment Against Defendant Kayar Construction, LLC" (ECF No. 16) are adopted as the opinion and order of this Court with the following modifications:

In the Conclusion, on Page 13, in the second line of Paragraph (2), delete the "(2)" before "$11,616.46 for liquidated damages."

In the Conclusion, on Page 13, in the third line of Paragraph (2), insert "and" between "interest" and "401(k) lost earnings interest."

IT IS SO ORDERED.

Dated: September 24, 2014, Honolulu, Hawaii.



/s/ Helen Gillmor

Helen Gillmor
United States District Judge